UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nicole Yzaguirre, | Civil No. 10-CV-3793 DWF/JJK |
| Plaintiff, | |
| vs. | |
| Eric Norling, in his individual Capacity, | |
| Defendant. | |

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE UNDISCLOSED WITNESSES**

TO:   Plaintiff Nicole Yzaguirre and her counsel of record, Jill Clark, Jill Clark, P.A., 2005 Aquila Avenue North, Minneapolis, MN  55427.

Defendant moves the Court for an Order excluding Attorney Jill Clark, Terry Yzaguirre, Margaret Yzaguirre, Kate Smith, Natasha Miller and Markita Seahorn from testifying as fact witnesses because they were not properly disclosed.

IVERSON REUVERS

Dated:  December 28, 2011

By:  s/Jason M. Hiveley
    Jason M. Hiveley, #311456
    Amanda L. Stubson, #0391529
    *Attorneys for Defendant*
    9321 Ensign Avenue South
    Bloomington, MN 55438
    (952) 548-7200